AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-10447-JPO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   NIKOLA CORPORATION

was received by me on *(date)*   12/29/2020   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Gary Damiani   , who is

designated by law to accept service of process on behalf of *(name of organization)*   NIKOLA CORPORATION

c/o Harvard Business Services, Service time - 9:35 a.m.   on *(date)*   01/04/2021   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   01/04/2021

_____
*Server's signature*

Robert DeLacy, Process Server
*Printed name and title*

D. M. Professional Services
501 Silverside Rd, Ste 72
Wilmington, DE 19809
*Server's address*

Additional information regarding attempted service, etc: